IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LORENZO GIOVINCO,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>KATHY MENDOZA-POWERS,<br><br>　　　　Respondent.<br>_____/ | 1:07-cv-00585-LJO-TAG (HC)<br><br>ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(DOCUMENT #11)<br><br>THIRTY DAY DEADLINE |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On May 14, 2008, Petitioner filed a motion for a 60-day extension of time to file a traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　1. Petitioner's motion for an extension of time is GRANTED in part and DENIED in part, as follows:

　　　　A. Petitioner is granted thirty (30) days from the date of service of this order in which to file a traverse.

　　　　B.  Petitioner's request for more than 30 days extension of time is DENIED.

IT IS SO ORDERED.

Dated:   **May 16, 2008**　　　　　　　　　　　　　　 /s/ **Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE