IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LORENZO GIOVINCO, | 1:07-cv-0585 LJO TAG (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| KATHY MENDOZA-POWERS, | (Doc. 13) |
| Respondent. | Deadline to file traverse: July 11, 2008 |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On June 11, 2008, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted an extension of time to and including July 11, 2008 to file a traverse.

IT IS SO ORDERED.

Dated:  **June 16, 2008**                                            **/s/ Theresa A. Goldner**
                                                                                   UNITED STATES MAGISTRATE JUDGE